TALMADGE, commissioner, *v.* CORDELL.
TALMADGE, commissioner, *v.* MYERS.

HILL, J. These cases are controlled by the decision in the case of *Talmadge* v. *McDonald* this day decided.
*Judgment affirmed. All the Justices concur.*
Nos. 7821, 7824. DECEMBER 12, 1930.

TALMADGE, commissioner, *v.* McRAE, administratrix.

BECK, P. J. This case is controlled by the decision in the case of *Talmadge* v. *McDonald*, ante.
*Judgment affirmed. All the Justices concur.*
No. 7823. DECEMBER 12, 1930.